UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 9:22-cv-81684-JIC**

IONA LEWIS, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

HOMESPIRE MORTGAGE CORPORATION, a Maryland corporation,

    Defendant.
_____/

## MEDIATION REPORT

A mediation conference was held in this matter on **February 24, 2023**, and the results of the conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference and each possessed the requisite settlement authority:

    ☒     Plaintiff and Plaintiff's trial counsel
    ☒     Defendants and Defendants' trial counsel
    ☐     Required claims professional

(b) The following individuals, parties, corporate representative, and/or claims professionals failed to appear and/or participate as ordered: N/A

(c)     The outcome of the mediation conference was:

☒ The case has been completely settled.

☐ The conference was continued.

☐ The parties have reached an impasse.

Dated this 24rd day of February, 2023.

> s/Cathleen Scott
> Cathleen Scott, Esq.
> Florida Bar No. 135331
> Primary e-mail: CScott@scottlawteam.com
> Secondary e-mail: mail@scottlawteam.com
> SCOTT LAW TEAM, LLC.
> Jupiter Gardens
> 250 South Central Boulevard
> Suite 104-A
> Jupiter, FL 33458
> Telephone: (561) 653-0008
> Facsimile: (561) 653-0020
> Secondary Address: 101 Northpoint Parkway
> West Palm Beach, FL 33407
> www.ScottLawTeam.com