UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-81684-CIV-COHN/MATTHEWMAN

IONA LEWIS and JACLYN HEERY,
individually and on behalf of all others
similarly situated,

    Plaintiffs,

v.

HOMESPIRE MORTGAGE
CORPORATION,

    Defendant.
_____/

### ORDER APPROVING FLSA SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Amended Joint Motion Seeking *In Camera* Review and Approval of FLSA-Related Portions of Mediated Settlement [DE 55] ("Motion") filed by Plaintiffs, Iona Lewis and Jaclyn Heery individually and on behalf of putative collective action members, and Defendant, Homespire Mortgage Corporation. The Court, having considered the Motion, having reviewed the file, and being otherwise advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

    1.    The Court finds the settlement of Plaintiffs' claims as set forth in the Settlement Agreement and Release (the "FLSA Settlement Agreement") and the separate non-FLSA settlement agreements, which have been reviewed *in camera* by the Court, to be fair and reasonable under the standard set forth in <u>Lynn's Food Stores, Inc. v. U.S. Dep't of Labor</u>, 679 F.2d 1350 (11th Cir. 1982).  Accordingly, the Amended Joint Motion Seeking *In Camera* Review and Approval of FLSA-Related Portions of Mediated Settlement [DE 55] is **GRANTED**.

2. The parties' FLSA Settlement Agreement is **APPROVED**.

3. The above-styled action is hereby **DISMISSED WITH PREJUDICE**, with each party bearing its own fees and costs except as otherwise agreed to in the FLSA Settlement Agreement and the non-FLSA settlement agreements.

4. The Court shall retain jurisdiction to enforce the settlement in this case.

5. The Court directs the Clerk of the Court to **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of March, 2023.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF